JUDITH CLARK MARTIN, STATE BAR NO. 173557
ROY L. WESTFALL, STATE BAR NO. 249008
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:       (916) 563-3100
Facsimile:   (916) 565-3704
Email:       JCMartin@ljdfa.com
Email:       RWestfall@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN, | CASE NO. 2:09-CV-02972-KJM-KJN |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE DEADLINES OF THE STATUS (PRETRIAL SCHEDULING) ORDER** |
| v. | |
| CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive, | |
| Defendants. | |

Defendant, CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, by and through their attorney of record, Judith Clark Martin and Plaintiff, ANI CHOPOURIAN, by and through her attorney of record Lawrance Bohm stipulate to modify this Court's Status (Pretrial Scheduling) Order (Doc #20) of February 25, 2010.

### I. EXISTENCE OF GOOD CAUSE

1.  Good cause exists in that the attorney for Defendants, Judith Clark Martin is currently in a jury trial in San Joaquin County Superior Court that is expected to last through early

to mid-March, 2011.

2. Good cause exists because Defendant still needs to complete plaintiff's deposition and Plaintiff still needs to take depositions of Defendant's witnesses. Defense counsel properly noticed and scheduled plaintiff's deposition for February 7, which did not go forward due to defense counsel's above noted trial. In addition, Plaintiff properly noticed and scheduled depositions for February 2, 3, 4, 8, 9 and 10, which did not go forward due to defense counsel's above noted trial.

3. Further good cause exists in that written discovery propounded by plaintiff needs to be responded to by Defendant. In addition, the completion of plaintiff's deposition may reveal additional discovery to be completed. Accordingly, both counsel request modifications to the Court's Status (Pretrial Scheduling) Order so that both parties can adequately prepare this case for trial currently scheduled for September 27, 2011.

4. Further, neither party would be prejudiced by the requested modification to the Court's Status (Pretrial Scheduling) Order.

## II. STIPULATION

For the foregoing reasons, the parties to this action hereby ***STIPULATE AS FOLLOWS***:

1. That the following modifications be made to the Court's Status (Pretrial Scheduling) Order:

|  | **Previous Date:** | **New Date:** |
|---|---|---|
| Discovery Cut-Off | February 18, 2011 | May 18, 2011 |
| Last Hearing Date For Motions | April 18, 2011 | June 18, 2011 |
| Final Pretrial Conference | June 20, 2011 at 2:30 PM | ** |
| JOINT Pretrial Statement | June 13, 2011 | ** |

**The parties request the court reschedule the Final PreTrial Conference accordingly.

///

///

///

2

**STIPULATION AND ORDER EXTENDING THE DEADLINES OF THE STATUS (PRETRIAL SCHEDULING) ORDER** Case No.: 2:09-CV-02972-KJM-KJN

1 **IT IS SO STIPULATED.**

3 Dated:                                              LA FOLLETTE, JOHNSON,
                                                     DE HAAS, FESLER & AMES

6                                              By: _*/s/ Judith Clark Martin*_
                                                    JUDITH CLARK MARTIN
                                                    ROY L. WESTFALL
                                                    Attorneys for Defendant,
                                                    CATHOLIC HEALTHCARE WEST
                                                    dba MERCY GENERAL HOSPITAL
                                                    (erroneously sued and served herein as
                                                    CATHOLIC HEALTHCARE WEST
                                                    and MERCY GENERAL HOSPITAL)
                                                    655 University Avenue, Suite 119
                                                    Sacramento, CA 95825
                                                    (916) 563-3100
                                                    (916) 565-3704 Facsimile
                                                    Email: JCMartin@ljdfa.com
                                                    Email: Rwestfall@ljdfa.com

13 Dated:                                             BOHM LAW GROUP

16                                             By: _*/s/ Lawrance A. Bohm*_
                                                    LAWRANCE A. BOHM
                                                    4600 Northgate Blvd., Suite 210
                                                    Sacramento, CA 95834
                                                    Attorney for Plaintiff, ANI CHOPOURIAN
                                                    (916) 927-5574
                                                    (916) 927-2046 Facsimile
                                                    Email: lbohm@bohmlaw.com

21     IT IS HEREBY ORDERED that:

22     1. The stipulated dates for discovery cut-off and the last day for filing motions are adopted; and

24     2. The court sets the following dates:

25     The Joint Pretrial Statement is due August 3, 2011;

26     The Final Pretrial Conference will be held on August 10, 2011 at 10:00 a.m. in Courtroom Three; and

3

**STIPULATION AND ORDER EXTENDING THE DEADLINES OF THE STATUS (PRETRIAL SCHEDULING) ORDER** Case No.: 2:09-CV-02972-KJM-KJN

1    Jury Trial is reset to October 3, 2011 at 8:30 a.m. in Courtroom Three.

2  Dated:  February 16, 2011.

3  _____
   UNITED STATES DISTRICT JUDGE

4

**STIPULATION AND ORDER EXTENDING THE DEADLINES OF THE STATUS (PRETRIAL SCHEDULING) ORDER** Case No.: 2:09-CV-02972-KJM-KJN