1  LAWRANCE A. BOHM, (SBN 208716)
   BOHM LAW GROUP
2  4600 Northgate Blvd
   Suite 210
3  Sacramento, CA 95834
   Telephone: (916) 927-5574
4  Facsimile:  (916) 927-2046

5  ERIKA M. GASPAR, (SBN 238117)
   LAW OFFICE OF ERIKA M. GASPAR
6  2121 Natomas Crossing Drive, Suite 200-399
   Sacramento, CA  95834
7  Telephone (916) 749-0278
   Facsimile (916) 647-0535
8

9  Attorneys for Plaintiff
   ANI CHOPOURIAN
10
                           UNITED STATES DISTRICT COURT
11
                           EASTERN DISTRICT OF CALIFORNIA
12

13

14  ANI CHOPOURIAN,                          Case No.  2:09-CV-02972-KJM-KJN

15           Plaintiff,
                                             **STIPULATION AND ORDER
16      v.                                   EXTENDING THE DEADLINES OF
                                             THE
17  CATHOLIC HEALTHCARE WEST,                STATUS (PRETRIAL SCHEDULING)
    MERCY GENERAL HOSPITAL, AND              ORDER**
18  DOES 1 through 20, inclusive,

19           Defendants.

20

21

22

23      Plaintiff, ANI CHOPOURIAN, by and through her attorneys of record, Lawrance A.

24  Bohm and Erika M. Gaspar and Defendant, CATHOLIC HEALTHCARE WEST, by and through

25  their attorney of record Judith Clark Martin stipulate to modify this Court's Status (Pretrial

26  Scheduling) Order (Doc #20) of February 25, 2010 as modified by the Court on February 16,

27  2011 (Doc #27).

28
                                            1

Chopourian v. Catholic Healthcare West, et al.                    Lawrance A. Bohm, Esq.
                                                                  Erika M. Gaspar, Esq.

I.    **EXISTENCE OF GOOD CAUSE**

1.    Good cause exists in that despite diligent efforts, the parties have been unable to reschedule deposition of witnesses because of the trial schedules of attorneys for the parties. Attorney for Defendants Judith Clark Martin was unavailable for depositions in February as she was in trial in San Joaquin County Superior Court. Plaintiff's attorneys, Lawrance A. Bohm and Erika M. Gaspar were assigned out to trial in Sacramento County Superior Court on March 15, 2011 on a case which was anticipated to continue into April.  The case settled on March 28, 2011. Attorney for Defendants Judith Clark Martin is unavailable for depositions in April.  Further, Mr. Bohm and Ms. Martin are both in trial on another matter in Butte County Superior Court from May 9 -19, 2011.

2.    Good cause exists because Plaintiff still needs to take depositions of Defendants' witnesses which were properly noticed and scheduled for February 2, 3, 4, 8, 9 and 10, and which Plaintiff has been unable to reschedule due to the scheduling conflicts of the attorneys as noted above.

3.    Good cause exists in that Defendant is completing Plaintiff's deposition on Monday, April 4, 2011, and the completion of Plaintiff's deposition may reveal additional discovery to be completed.  Accordingly, both counsel request modifications to the Court's Status (Pretrial Scheduling) Order so that both parties can adequately prepare this case for trial currently scheduled for October 3, 2011.

4.    Further good cause exists in that the date for disclosure of expert witnesses and completion of expert discovery was not previously provided by the Court.

5.    Further, neither party would be prejudiced by the requested modification to the Court's Status (Pretrial Scheduling) Order.

///

Chopourian v. Catholic Healthcare West, et al.                    Lawrance A. Bohm, Esq.
                                                                    Erika M. Gaspar, Esq.

## II.   STIPULATION

For the foregoing reasons, the parties to this action hereby **STIPULATE AS FOLLOWS**:

    1.   That the following modifications be made to the Court's Status (Pretrial Scheduling) Order:

|  | **Previous Date:** | **New Date:** |
|---|---|---|
| Non Expert Discovery Cut-Off | May 18, 2011 | July 5, 2011 |
| Expert Disclosure Date | no date provided | July 19, 2011 |
| Expert Discovery Cut-Off | no date provided | August 12, 2011 |
| Final Pretrial Conference | August 10, 2011 at 10:00 a.m. ** | |
| JOINT Pretrial Statement | August 3, 2011** | |

**The parties request the court reschedule the Final PreTrial Conference accordingly.

Dated:  April 6, 2011            By:   */s/ Lawrance A. Bohm*
                                               Lawrance A. Bohm, Esq.
                                               Erika M. Gaspar, Esq.
                                               Attorneys for Plaintiff
                                             ANI CHOPOURIAN

                                   By:   */s/ Judith Clark Martin*
                                             Judith Clark Martin
                                             Roy L. Westfall
                                             Attorneys for Defendant,
                                             CATHOLIC HEALTHCARE WEST

      The court adopts the schedule proposed above and sets the final pretrial conference for August 25, 2011, with the joint pretrial statement due August 17, 2011.

IT IS SO ORDERED:

Date:  April 6, 2011.
                                             UNITED STATES DISTRICT JUDGE