JUDITH CLARK MARTIN, STATE BAR NO. 173557
ROY L. WESTFALL, STATE BAR NO. 249008
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California  95825
Phone:         (916) 563-3100
Facsimile:    (916) 565-3704
Email:         JCMartin@ljdfa.com
Email:         RWestfall@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO.  2:09-CV-02972-KJM-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

///

///

///

///

1

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE**
**RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**
Case No.: 2:09-CV-02972-GEB-DAD

1 **IT IS SO STIPULATED.**

3 Dated:                                          LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

By: */s/ Judith Clark Martin*
JUDITH CLARK MARTIN
ROY L. WESTFALL
Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba MERCY GENERAL HOSPITAL (erroneously sued and served herein as CATHOLIC HEALTHCARE WEST and MERCY GENERAL HOSPITAL)
655 University Avenue, Suite 119
Sacramento, CA 95825
(916) 563-3100
(916) 565-3704 Facsimile
Email: JCMartin@ljdfa.com
Email: Rwestfall@ljdfa.com

Dated:                                          BOHM LAW GROUP

By: */s/ Lawrance A. Bohm*
LAWRANCE A. BOHM
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Attorney for Plaintiff, ANI CHOPOURIAN
(916) 927-5574
(916) 927-2046 Facsimile
Email: lbohm@bohmlaw.com

Dated:                                          LAW OFFICE OF ERIKA M. GASPAR

By: */s/ Erika M. Gaspar*
ERIKA M. GASPAR
2121 Natomas Crossing Drive
Suite 200-399
Sacramento, CA 95834
Attorney for Plaintiff, ANI CHOPOURIAN
(916) 749-0278
(916) 647-0535 Facsimile
Email: erika.gaspar.law@gmail.com

**ORDER**

In light of the parties' stipulation, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session in July or August 2011, at which a principal with full settlement authority for each party shall appear. The Clerk of the Court shall serve a copy of this order on Sujean Park at spark@caed.uscourts.gov. If settlement is not reached within sixty days of such a referral, the court will set a status conference, at which time a trial date will be set.

IT IS SO ORDERED:

Dated: April 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**
Case No.: 2:09-CV-02972-GEB-DAD