LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd
Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile:  (916) 927-2046

ERIKA M. GASPAR, (SBN 238117)
LAW OFFICE OF ERIKA M. GASPAR
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
Telephone (916) 749-0278
Facsimile (916) 647-0535

Attorneys for Plaintiff
ANI CHOPOURIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.  2:09-CV-02972-KJM-KJN<br><br>**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |

Plaintiff's Ex Parte Application for Order Shortening Time for hearing on Plaintiff's Motion to Modify Scheduling Order filed on June 8, 2011, with supporting documents (Doc. # 46, #47) is hereby granted.

1

The hearing on said motion shall occur on June 22, 2011, at 10:00 a.m. in Courtroom 3. Defendant's opposition to Plaintiff's Motion to Modify Scheduling Order shall be filed on or before June 17, 2011.  Plaintiff's Reply shall be filed on or before June 20, 2011.

Dated: June 14, 2011.

_____
UNITED STATES DISTRICT JUDGE