IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,

        Plaintiff,                                No. CIV S-09-2972 KJM KJN

    vs.

CATHOLIC HEALTHCARE WEST,
et al.,                                      ORDER

        Defendants.
_____/

        This case was on calendar on June 22, 2011, for plaintiff's motion to modify the court's pretrial scheduling order. Lawrence Bohm and Erika M. Gaspar appeared for plaintiff; Mary Greene, LaFollette, Johnson, DeHaas, Fesler & Ames appeared for defendants.

        Plaintiff has shown good cause for a minor modification of the scheduling order, based on difficulties in scheduling depositions in light of defense counsel's unavailability. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992).

        The parties agreed that the referral to the court's Voluntary Dispute Resolution Program should be revoked and the case set for settlement conference.

        IT IS THEREFORE ORDERED that:

        1. The discovery cut-off date, currently set for July 5, 2011, is extended until August 5, 2011;

/////

1

2. The expert disclosure date, currently set for July 19, 2011, is extended until August 19, 2011;

3. The expert discovery cut-off date, currently set for August 12, 2011, is extended until September 12, 2011;

4. The joint pretrial statement, currently due August 17, 2011, is now due September 19, 2011;

5. The final pretrial conference date of August 25, 2011, is vacated and the final pretrial conference is set for September 28, 2011 at 11:00 a.m.;

6. The trial date of October 2, 2011 is vacated and trial is set for November 29, 2011 at 9:00 a.m.; and

7. A settlement conference is set for September 15, 2011 at 10:00 a.m. before Magistrate Judge Dale Drozd.  Confidential settlement conference statements should be provided to the court one week before the conference by emailing them to dadorders@caed.uscourts.gov.

DATED: June 27, 2011.

_____
UNITED STATES DISTRICT JUDGE