JUDITH CLARK MARTIN, STATE BAR NO. 173557
MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California  95825
Phone:         (916) 563-3100
Facsimile:     (916) 565-3704
Email:         JCMartin@ljdfa.com
Email:         MGreene@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,<br><br>          Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive,<br><br>          Defendants.<br>_____ | CASE NO.  2:09-CV-02972-KJM-KJN<br><br>*AMENDED* **STIPULATION AND ORDER RELATING TO VIDEO RECORDING OF DOCUMENT REVIEW AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING THE VIDEO RECORDING** |

   The parties, having received the court's order pertaining to the parties' Stipulation and Order Relating to Video Recording of Document Review and Defendant's Motion for Protective Order, which the court issued on July 7, 2011, the parties have further met and conferred regarding the issues addressed in the court's order, and the parties stipulate and agree as follows:

   1.     That an independent video company, DB Ronk, will retrieve the sealed box that was delivered to the court on July 1, 2011, which contains plaintiff's counsel's video camera.

///

1

Amended *Stipulation and Order Relating to Video Recording of Document Review and Defendant's Motion for Protective Order Regarding the Video Recording*  Case No.: 2:09-CV-02972-KJM-KJN

1  2.  That DB Ronk will, prior to returning the camera to plaintiff's counsel and without revealing the contents of the video camera to anyone who is not in the direct employ of DB Ronk, copy the contents of the video camera's files and/or memory to a single readable CD, labeled as "Video Recording of Defendant's Document Review of June 30, 2011."

3.  That DB Ronk will then fully delete the entire contents of the video camera's memory.

4.  The parties are currently working on a solution for storage of the CD once the contents of the video camera are copied. While the parties make such arrangements, DB Ronk will maintain the CD of the data and/or video files from the plaintiff's video camera.

5.  Once the contents of the video camera's memory are downloaded to the CD and erased, DB Ronk will then deliver the video camera to plaintiff's counsel.

6.  Should the parties be unable to reach an agreement with regard to storage and retention of the CD during the pendency of this litigation, the parties will file the appropriate motion for protective order and/or request to file under seal in accordance with Local Rule 141.

7.  The parties acknowledge that the purpose of the video recording ordered by this Court was to ensure that defendant's counsel did not tamper with, modify or destroy any of plaintiff's original documents during the document review.

8.  The parties further acknowledge that the video recording may contain the protected work product of defendant's counsel, and defendant does not waive any right to the protection of such work product.

9.  The parties further acknowledge that plaintiff's counsel has received all original documents that were reviewed by defendant's counsel, and that said documents were not damaged or tampered with in any manner.

10.  Defendant will bear the cost of DB Ronk's services to retrieve the video camera from the court, copy the contents of the video camera and delete the files therefrom, maintain the CD until such time as an agreement or, if appropriate, court order, for its storage is obtained, and return the video camera to plaintiff's counsel.

2

Amended *Stipulation and Order Relating to Video Recording of Document Review and Defendant's Motion for Protective Order Regarding the Video Recording*  Case No.: 2:09-CV-02972-KJM-KJN

11. It is the understanding of the parties that all efforts will be made by DB Ronk to ensure that the return of the video camera to plaintiff's counsel by the close of business Friday, July 8, 2011, realizing, of course, the necessity of this Court's approval of this stipulation before the sealed box can be retrieved by DB Ronk.

12. Upon the execution and filing of this stipulation, defendant hereby withdraws its motion for protective order pertaining to the video recording of defendant's review of plaintiff's original documents.

Dated: July 7, 2011   LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

By: */s/ Mary E. Greene*
JUDITH CLARK MARTIN
MARY E. "MOLLY" GREENE
Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST
dba MERCY GENERAL HOSPITAL
(erroneously sued and served herein as
CATHOLIC HEALTHCARE WEST
and MERCY GENERAL HOSPITAL)
655 University Avenue, Suite 119
Sacramento, CA 95825
(916) 563-3100
(916) 565-3704 Facsimile
Email: JCMartin@ljdfa.com
Email: Mgreene@ljdfa.com

Dated: July 7, 2011   BOHM LAW GROUP

By: */s/ Lawrance A. Bohm*
LAWRANCE A. BOHM
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Attorney for Plaintiff, ANI CHOPOURIAN
(916) 927-5574
(916) 927-2046 Facsimile
Email: lbohm@bohmlaw.com

/ / /

/ / /

3

1 | Dated: July 7, 2011                                      LAW OFFICE OF ERIKA M. GASPAR

                                                                          By:   */s/ Erika M. Gaspar*
                                                                                  ERIKA M. GASPAR
                                                                                  2121 Natomas Crossing Drive
                                                                                  Suite 200-399
                                                                                  Sacramento, CA 95834
                                                                                  Attorney for Plaintiff, ANI CHOPOURIAN
                                                                                  (916) 749-0278
                                                                                  (916) 647-0535 Facsimile
                                                                                  Email: erika.gaspar.law@gmail.com

IT IS SO ORDERED:

Date: July 7, 2011


                                                                          _____
                                                                          KENDALL J. NEWMAN
                                                                          UNITED STATES MAGISTRATE JUDGE