IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,

       Plaintiff,                    No. 2:09-cv-02972 KJM KJN PS

     v.

CATHOLIC HEALTHCARE WEST, et al.,

       Defendant.              <u>ORDER</u>

        On July 20, 2011, the undersigned conducted an informal telephone conference addressing discovery-related issues raised by the parties. Attorney Lawrance A. Bohm was on the telephone on plaintiff's behalf. Attorney Judith C. Martin was on the telephone on defendants' behalf.

        As stated by the undersigned during the telephone conference, IT IS HEREBY ORDERED that:

        1.    On or before July 22, 2011, at 12:00 p.m., defendants' counsel shall provide plaintiff's counsel with the formal letter regarding the depositions of defendants' "persons most knowledgeable" and the topics to be covered by each such person, which the undersigned previously ordered to be provided by defendants' counsel to plaintiff's counsel by July 8, 2011. (Order, June 30, 2011, at 2, Dkt. No. 58.)

2.    On or before July 22, 2011, at 12:00 p.m., defendants' counsel shall:

    a.    Contact deponent Barb Moore regarding the taking and scheduling of her deposition; *and*

    b.    Contact plaintiff's counsel regarding whether Ms. Moore is able to sit for her depositions, and if Ms. Moore is able to sit for her deposition, schedule Ms. Moore's deposition for a weekday occurring prior to August 5, 2011.  If Ms. Moore is truly not able to sit for her deposition for some material reason other than fatigue, the parties may agree to schedule an informal telephone conference with the undersigned to address whether plaintiff may take the deposition of an appropriate "substitute" witness.

IT IS SO ORDERED.

DATED: July 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE