JUDITH CLARK MARTIN, STATE BAR NO. 173557
DAVID L. DITORA, STATE BAR NO. 119252
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California  95825
Phone: (916) 563-3100
Facsimile: (916) 565-3704
Email: JCMartin@ljdfa.com
Email: DDitora@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN, | CASE NO.  2:09-CV-2972-KJM-KJN |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS CONTAINING PROTECTED HEALTH INFORMATION AND SUBSTITUTE NEW EXHIBITS NUNC PRO TUNC** |
| v. | |
| CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court has considered Defendant's Request to Seal Documents Containing Protected Health Information and interests of patient privacy under  California Civil Code section 56.10 and Federal Code of Regulations section 165.502.

IT IS THEREFORE ORDERED:

1. The request to seal documents (ECF No. 143) is granted and the exhibits attached to ECF No. 143 are deemed to be the exhibits offered in support of Defendant's

/////

1

**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS CONTAINING PROTECTED**
**HEALTH INFORMATION AND SUBSTITUTE NEW EXHIBITS NUNC PRO TUNC**
Case No.: 2:09-CV-02972-KJM-KJN

Motion in Limine No. 1 to Exclude Evidence of Event Reports Not Provided to Defendant While Plaintiff was Employed by CHW (ECF No. 75); and

    2. The Clerk of the Court is directed to seal ECF No. 75-1

DATED: November 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS CONTAINING PROTECTED HEALTH INFORMATION AND SUBSTITUTE NEW EXHIBITS NUNC PRO TUNC**
Case No.: 2:09-CV-02972-KJM-KJN