JUDITH CLARK MARTIN, STATE BAR NO. 173557
DAVID L. DITORA, STATE BAR NO. 119252
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:      (916) 563-3100
Facsimile:  (916) 565-3704
Email:      JCMartin@ljdfa.com
Email:      DDitora@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN, | CASE NO. 2:09-CV-02972-KJM-KJN |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT CONTAINING PLAINTIFF'S SOCIAL SECURITY NUMBER AND SUBSTITUTE NEW EXHIBIT** *NUNC PRO TUNC* |
| v. | |
| CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court has considered Defendant's Request to Seal Documents Containing Plaintiff's social security number and interests of privacy under Local Rule 140, subsection (a)(iii).

IT IS THEREFORE ORDERED:

1. The request to seal document (ECF No. 156) is granted and the exhibits attached to ECF No. 156 are deemed to be the exhibits offered in support of Defendant's Motion in Limine No. 7 to Exclude Evidence of Post-Termination Denial of Privileges and to Request the Court to Dismiss Plaintiff's Eighth Cause of Action *Sua Sponte* (ECF No. 83); and

1

2. The Clerk of the Court is directed to seal ECF No. 83-1.

DATED: December 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT CONTAINING PLAINTIFF'S SOCIAL SECURITY NUMBER AND SUBSTITUTE NEW EXHIBIT *NUNC PRO TUNC*; Case No.: 2:09-CV-02972-KJM-KJN**