IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,

       Plaintiff,                                No. CIV S-09-2972 KJM KJN

   vs.

CATHOLIC HEALTHCARE WEST,
et al.,                                           ORDER

       Defendants.

       The parties have submitted additional excerpts from volume two of the videotaped deposition of Renee Dodge that plaintiff seeks to introduce at trial. ECF No. 205. The court has previously ruled on some of these excerpts and will not repeat those rulings. The court finds the following portions designated by plaintiff admissible, with the understanding that objections and comments of counsel will not be included: 164:13-23; 167:3-10; 178:19-22; 179:13-180:1-8; 190:22-191:1-5; 206:15-20; 211:6-15; 295:19-296:1; 296:7-12 and 18-21; 329:12-16; 332:10-22; 332:25-334-8; 335:24-336:9; 336:16-25.

       The court approves defendant's counter-designations of 165:7-9 and 12-22; 167:23-168:1 and 168:7-16; 192:6-10; 192:14-193:1; 207:1-3 and 5-19; 209:8-210:10.

       To the extent an excerpt is not addressed above or in the court's prior order, it is not approved.

       IT IS SO ORDERED.

DATED: January 31, 2012.

                                                 UNITED STATES DISTRICT JUDGE