Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Gregory R. Davenport (SBN: 154403)
**LAW OFFICES OF GREGORY R. DAVENPORT**
3031 West March Lane, Suite 334 East
Stockton, California 95219
Telephone:  (209) 955-1999
Facsimile:  (209) 475-4951

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
(916) 749-0278
(916) 647-0535

Attorneys for Plaintiff
ANI CHOPOURIAN

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-CV-02972-KJM-KJN<br><br>**NOTICE OF LODGING OF TRANSCRIPTS**<br><br>**Trial Date:**  February 6, 2012<br>**Judge:**     Hon. Kimberly Mueller<br>**Courtroom:** 3 |

Plaintiff, ANI CHOPOURIAN, respectfully submits to lodge the following original Deposition Testimony in the above case:

///

1

1. Deposition Testimony of Linda Bristow, February 3, 2012;

2. Deposition Testimony of Jean Scrafton, February 3, 2012.

Dated: February 7, 2012                    By:   */s/ Lawrance A. Bohm*
                                                 LAWRANCE A. BOHM, ESQ.

                                                 Attorney for Plaintiff
                                                 ANI CHOPOURIAN

2

Chopourian v. Catholic Healthcare West, et al.                    Lawrance A. Bohm, Esq.
Case No. 2:09-CV-02972-KJM-KJN                                    Gregory R. Davenport, Esq.
NOTICE OF LODGING OF TRANSCRIPTS                                  Erika M. Gaspar, Esq.