

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN, | |
| Plaintiff, | No. CIV S-09-2972 KJM KJN |
| v. | |
| CATHOLIC HEALTHCARE WEST, et al., | VERDICT FORMS |
| Defendants. | |

DATED: 2/29/12

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,                         )
                                        )
    Plaintiff,                          )     No. CIV S-09-2972 KJM KJN
                                        )
v.                                      )
                                        )
CATHOLIC HEALTHCARE WEST,               )
et al.,                                 )     VERDICT 1
                                        )
    Defendants.                         )
                                        )
_____)

## SEXUALLY HOSTILE WORK ENVIRONMENT

We the jury find as follows:

1. Was Ani Chopourian subjected to a sexually hostile work environment?

  __X__ YES  _____ NO

If your answer is no, have the foreperson sign and date this form. If the answer is yes, proceed to question two.

2. If you answered yes to question one, what non-economic damages, if any, did Ani Chopourian sustain as a result of Catholic Healthcare West's unlawful conduct?

$ _10,000,000.00_

2

3. If you answered yes to question one, do you find by a preponderance of the evidence that Ani Chopourian is entitled to punitive damages within the meaning of these instructions?

__X__ YES _____ NO

4. If you answered yes to question three, what amount of punitive damages do you award to Ani Chopourian?

$ 31,250,000.00

DATED: 2/29/12

_____
FOREPERSON

3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,           )
                          )
    Plaintiff,            )   No. CIV S-09-2972 KJM KJN
                          )
    v.                    )
                          )
CATHOLIC HEALTHCARE WEST, )
et al.,                   )   VERDICT 2
                          )
    Defendants.           )
                          )
_____)

### RETALIATION

We the jury find as follows:

1. Did Catholic Healthcare West retaliate against Ani Chopourian for her involvement in protected activities by terminating her, interfering with her efforts to find and hold new employment and/or denying her privileges at one of defendant's other hospital facilities?

_____ YES          ___✓___ NO

If you answered no, have the foreperson sign and date this form. If you answered yes, proceed to question two.

2. If you answered yes to question one, would Catholic Healthcare West have made the same decisions even if plaintiff had not been involved in protected activities?

_____ YES          _____ NO

3. If you answered yes to question one, what are Ani Chopourian's economic losses?

    Past Lost Wages: $_____

    Future Lost Wages: $_____

4

    4. If you answered yes to question one, did Ani Chopourian suffer any non-economic losses?

    _____ YES  _____ NO

    5. If you answered yes to question one, do you find by a preponderance of the evidence that Ani Chopourian is entitled to punitive damages?

    _____ YES  _____ NO

    6. If you answered yes to question five, what punitive damages do you award to Ani Chopourian?

    $ _____

DATED: _____                    _____
                                            FOREPERSON

*See Revised*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,

    Plaintiff,

v.

CATHOLIC HEALTHCARE WEST,
et al.,

    Defendants.

No. CIV S-09-2972 KJM KJN

REVISED VERDICT 2

## RETALIATION

We the jury find as follows:

1. Did Catholic Healthcare West retaliate against Ani Chopourian for her involvement in protected activities by terminating her, interfering with her efforts to find and hold new employment and/or denying her privileges at one of defendant's other hospital facilities?

    __X__ YES      _____ NO

If you answered no, have the foreperson sign and date this form. If you answered yes, proceed to question two.

2. If you answered yes to question one, would Catholic Healthcare West have made the same decisions even if plaintiff had not been involved in protected activities?

    _____ YES      __X__ NO

3. If you answered yes to question one, what are Ani Chopourian's economic losses, if any, for termination of employment?

    Past Lost Wages: $ 549,360.00

    Future Lost Wages: $ 3,181,128.00

4

4. If you answered yes to question one, what are Ani Chopourian's economic losses, if any, for interference with efforts to find and hold new employment and/or denial of privileging at one of the defendant's other hospital facilities?

Past Lost Wages: $ 549,360.00

Future Lost Wages: $ 3,181,128.00

5. If you answered yes to question one, did Ani Chopourian suffer any non-economic losses?

__X__ YES _____ NO

6. If you answered yes to question five, what is the amount of Ani Chopourian's non-economic loss?

$ 5,000,000.00

7. If you answered yes to question one, do you find by a preponderance of the evidence that Ani Chopourian is entitled to punitive damages?

__X__ YES _____ NO

8. If you answered yes to question seven, what punitive damages do you award to Ani Chopourian?

$ 6,250,000.00

DATED: 2/29/12

_____
FOREPERSON

5

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,            ) | |
|                            ) | |
|     Plaintiff,             ) | No. CIV S-09-2972 KJM KJN |
|                            ) | |
| v.                         ) | |
|                            ) | |
| CATHOLIC HEALTHCARE WEST,  ) | |
| et al.,                    ) | VERDICT 3 |
|                            ) | |
|     Defendants.            ) | |
|                            ) | |

WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

We the jury find as follows:

1. Did Catholic Healthcare West terminate Ani Chopourian because of her complaints about hostile work environment, sexual discrimination, patient safety, employee safety and/or the failure to receive meal and rest breaks?

     X   YES   _____ NO

If your answer is no to question one, have the foreperson sign and date this form. If your answer is yes, proceed to question two.

2. If you answered yes to question one, what economic damages, if any, did Ani Chopourian sustain as the result of Catholic Healthcare West's unlawful conduct?

Past Lost Wages: $ 549,360.00

Future Lost Wages: $ 3,181,128.00

6

3. If you answered yes to question one, what non-economic damages, if any, did Ani Chopourian sustain as the result of Catholic Healthcare West's unlawful conduct?

$ 8,000,000.00

4. If you answered yes to question one, do you find by clear and convincing evidence that Ani Chopourian is entitled to punitive damages?

__X__ YES   _____ NO

5. If you answered yes to question four what amount of punitive damages do you award to Ani Chopourian?

$ 31,250,000.00

DATED: 2/29/12

FOREPERSON

7

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN, )
)
    Plaintiff, ) No. CIV S-09-2972 KJM KJN
)
v. )
)
CATHOLIC HEALTHCARE WEST, )
et al., ) VERDICT 4
)
    Defendants. )
)
)

RETALIATION FOR REPORTS REGARDING PATIENT SAFETY

We the jury find as follows:

1. Did Catholic Healthcare West terminate Ani Chopourian because of her complaints about patient safety?

   _X_ YES    ____ NO

If your answer to question one is no, have the foreperson sign and date this form. If the answer is yes, proceed to question two.

2. If you answered yes to question one, what economic damages, if any, did Ani Chopourian sustain as the result of Catholic Healthcare West's unlawful conduct?

Past Lost Wages: $ 549,360.00

Future Lost Wages: $ 3,181,128.00

3. If you answered yes to question one, what non-economic damages, if any, did Ani Chopourian sustain as the result of Catholic Healthcare West's unlawful conduct?

$ 2,000,000.00

8

    4. If you answered yes to question one, do you find by clear and convincing evidence that Ani Chopourian is entitled to punitive damages?

    __X__ YES  _____ NO

    5. If you answered yes to question four what amount of punitive damages do you award to Ani Chopourian?

$ _31,250,000.00_

DATED: 2/29/12

                                          FOREPERSON

9

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,          )
                         )
    Plaintiff,           )     No. CIV S-09-2972 KJM KJN
                         )
    v.                   )
                         )
CATHOLIC HEALTHCARE WEST,)
et al.,                  )     VERDICT 5
                         )
    Defendants.          )
                         )
_____)

INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

We the jury find as follows:

1. Did Catholic Healthcare West interfere with Ani Chopourian's economic relationship with RAS?

    __X__ YES        _____ NO

If your answer to question one is no, have your foreperson sign and date this form. If your answer is yes, proceed to question two.

2. What economic damages, if any, did Ani Chopourian sustain as a result of Catholic Healthcare West's unlawful conduct?

    Past Lost Wages: $ 549,360.00
    Future Lost Wages: $ 3,181,128.00

3. If you answered yes to question one, what non-economic damages, if any, did Ani Chopourian sustain as a result of Catholic Healthcare West's unlawful conduct?

    $ 8,000,000.00

10

4. If you answered yes to question one, do you find by clear and convincing evidence that Ani Chopourian is entitled to punitive damages?

__X__ YES _____ NO

5. If you answered yes to question four what amount of punitive damages do you award to Ani Chopourian?

$ 6,250,000.00

DATED: 2/29/12

_____
FOREPERSON

11

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,   )
                 )
    Plaintiff,   )      No. CIV S-09-2972 KJM KJN
                 )
    v.           )
                 )
CATHOLIC HEALTHCARE WEST,  )
et al.,          )      VERDICT 6
                 )
    Defendants.  )
                 )

## DEFAMATION

We the jury find as follows:

1. Did Catholic Healthcare West defame Ani Chopourian by making false negative statements about her work performance and professional ability to other employees, prospective employers, and/or a medical privileging committee?

    __X__ YES      _____ NO

If you answered no to question one, have your foreperson sign and date this form. If you answered yes, proceed to question two.

2. What amount of damages did Ani Chopourian sustain as a result of Catholic Healthcare West's unlawful conduct?

    $ 6,000,000.00

3. If you answered yes to question one, do you find by clear and convincing evidence that Ani Chopourian is entitled to punitive damages?

    __X__ YES      _____ NO

12

      4. If you answered yes to question three what amount of punitive damages do you award to Ani Chopourian?

$ _18,750,000_

DATED: _2/29/12_               _[signature]_
                                                                     FOREPERSON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANI CHOPOURIAN,

    Plaintiff,

v.

CATHOLIC HEALTHCARE WEST, et al.,

    Defendants.

No. CIV S-09-2972 KJM KJN

VERDICT 7

## MEAL AND REST BREAKS

We the jury find as follows:

MEAL BREAKS

1. Was Ani Chopourian exempt from the requirement that she receive meal breaks?

   _____ YES   __X__ NO

If you answered yes to question one, please go to question four. If you answered no, please go to question two.

2. Did Ani Chopourian work for more than five hours per day without an uninterrupted 30 minute meal break, without waiving her right to such a break, at any time during her employment at Catholic Healthcare West?

   __X__ YES   _____ NO

If you answered no to question two, go to question four. If you answered yes, go to question three.

14

3. How many days did Ani Chopourian work without an uninterrupted meal break for which she was not paid?

__368__

Please proceed to question four.

REST BREAKS

4. Did Ani Chopourian work for any four hour period without receiving a ten-minute rest break, without waiving her right to such a break, at any time during her employment at Catholic Healthcare West?

__X__ YES   _____ NO

If you answered yes to question four, go to question five.

5. How many days did Ani Chopourian work without getting a ten-minute break for each four hour period and for which she was not paid?

__200__

If you answered yes to either question two or question four, please answer question six.

6. Was Catholic Healthcare West's failure to provide meal and/or rest breaks willful?

__X__ YES   _____ NO

DATED: 2/29/12

_____
FOREPERSON

15