# EXHIBIT A

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

ANI CHOPOURIAN,

v.                                              Case No.  2:09-CV-02972-KJM-KJN

CATHOLIC HEALTHCARE WEST

_____

**XX** -- **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　　IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED FEBRUARY 29, 2012 AS FOLLOWS:

| | |
|---|---|
| Economic Damages: | $  3,730,488.00 |
| Noneconomic Damages for claims 3-5: | $ 24,000,000.00 |
| Punitive Damages for claims 3-5: | $ 87,500,000.00 |
| Title VII claims 1-2: | $     300,000.00 |
| Meal and Rest Period premium wage for claim 6: | $      32,716.80 |
| 30-day daily wage rate penalty for claim 6: | $      17,280.00 |

ACCORDINGLY, JUDGMENT OF $ 115,580,484.80 ON ALL CLAIMS IS HEREBY ENTERED.

ENTERED:

　　　　　　　　　　　_____
　　　　　　　　　　　Deputy Clerk