1  JUDITH CLARK MARTIN, STATE BAR NO. 173557
   MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
2  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
3  655 University Avenue, Suite 119
   Sacramento, California 95825
4  Phone:        (916) 563-3100
   Facsimile:    (916) 565-3704
5  Email:        JCMartin@ljdfa.com
   Email:        RWestfall@ljdfa.com
6
   RAYMOND A. CARDOZO, STATE BAR NO. 173263
7  rcardozo@reedsmith.com
   MARGARET A. GRIGNON, STATE BAR NO. 67721
8  mgrignon@reedsmith.com
   PAUL D. FOGEL, STATE BAR NO. 70859
9  pfogel@reedsmith.com
   **REED SMITH LLP**
10 101 Second Street, Ste. 1800
   San Francisco, CA 94105
11 Telephone:    415 543 8700
   Facsimile:    415 391 8269
12

13 Attorneys for Defendant,
   CATHOLIC HEALTHCARE WEST dba
14 MERCY GENERAL HOSPITAL (erroneously
   sued and served herein as CATHOLIC HEALTHCARE
15 WEST and MERCY GENERAL HOSPITAL)

16

17                     UNITED STATES DISTRICT COURT

18                     EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| ANI CHOPOURIAN, | CASE NO.  2:09-CV-02972-KJM-KJN |
| Plaintiff, | **STIPULATION TO STAY EXECUTION ON JUDGMENT AND DEFERRING DEADLINE TO SEEK RECOVERY OF COSTS AND ATTORNEY'S FEES PENDING POST-TRIAL MOTIONS; ORDER** |
| v. | |
| CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive, | |
| Defendants. | **Honorable Kimberly J. Mueller** |

After the Court enters judgment, the parties anticipate that Defendant will file motions for

judgment as a matter of law and/or for a new trial and/or for a remittitur.  Defendant desires a stay of

1  execution of the judgment until after such motions are decided by the Court, and Plaintiff desires to
2  defer her filing of a costs bill and motion for attorney's fees until after such motions are decided.
3  Accordingly, the parties stipulate that (1) execution on the judgment shall be stayed until 30 days
4  after the Court enters its order(s) disposing of Defendant's motions for new trial and/or JMOL
5  and/or for a remittitur, and (2) any applicable deadlines for filing a costs bill or motion for attorney's
6  fees shall be extended until 30 days after the Court enters its order(s) disposing of Defendant's
7  motions for new trial and/or JMOL and/or for a remittitur .

Dated:  April 2, 2012.

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

REED SMITH LLP

By:     /s/ Raymond A. Cardozo
        RAYMOND A. CARDOZO

Attorneys for Defendant CATHOLIC HEALTHCARE WEST dba MERCY GENERAL HOSPITAL (erroneously sued and served herein as CATHOLIC HEALTHCARE WEST and MERCY GENERAL HOSPITAL)

Dated:  April 2, 2012.

BOHM LAW GROUP

THE LAW OFFICES OF GREGORY R. DAVENPORT

LAW OFFICE OF ERIKA M. GASPAR

By:     /s/ Lawrence A. Bohm
        LAWRENCE A. BOHM

Attorneys for Plaintiff Ani Chopourian

    IT IS SO ORDERED.

Dated:  April 3, 2012.

_____
UNITED STATES DISTRICT JUDGE