JUDITH CLARK MARTIN, STATE BAR NO. 173557
MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:         (916) 563-3100
Facsimile:    (916) 565-3704
Email:         JCMartin@ljdfa.com
Email:         RWestfall@ljdfa.com

RAYMOND A. CARDOZO, STATE BAR NO. 173263
rcardozo@reedsmith.com
MARGARET A. GRIGNON, STATE BAR NO. 67721
mgrignon@reedsmith.com
PAUL D. FOGEL, STATE BAR NO. 70859
pfogel@reedsmith.com
**REED SMITH LLP**
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone:   415 543 8700
Facsimile:    415 391 8269


Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST,<br>MERCY GENERAL HOSPITAL, AND<br>DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:09-CV-02972-KJM-KJN<br><br>**STIPULATION TO STAY EXECUTION ON JUDGMENT AND DEFERRING DEADLINE TO SEEK RECOVERY OF COSTS AND ATTORNEY'S FEES PENDING POST-TRIAL MOTIONS; ORDER**<br><br>**Honorable Kimberly J. Mueller** |

After the Court enters judgment, the parties anticipate that Defendant will file motions for judgment as a matter of law and/or for a new trial and/or for a remittitur.  Defendant desires a stay of

execution of the judgment until after such motions are decided by the Court, and Plaintiff desires to defer her filing of a costs bill and motion for attorney's fees until after such motions are decided. Accordingly, the parties stipulate that (1) execution on the judgment shall be stayed until 30 days after the Court enters its order(s) disposing of Defendant's motions for new trial and/or JMOL and/or for a remittitur, and (2) any applicable deadlines for filing a costs bill or motion for attorney's fees shall be extended until 30 days after the Court enters its order(s) disposing of Defendant's motions for new trial and/or JMOL and/or for a remittitur .

Dated:  April 2, 2012.

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

REED SMITH LLP

By:     /s/ Raymond A. Cardozo
          RAYMOND A. CARDOZO

Attorneys for Defendant CATHOLIC HEALTHCARE WEST dba MERCY GENERAL HOSPITAL (erroneously sued and served herein as CATHOLIC HEALTHCARE WEST and MERCY GENERAL HOSPITAL)

Dated:  April 2, 2012.

BOHM LAW GROUP

THE LAW OFFICES OF GREGORY R. DAVENPORT

LAW OFFICE OF ERIKA M. GASPAR

By:     /s/ Lawrence A. Bohm
          LAWRENCE A. BOHM

Attorneys for Plaintiff Ani Chopourian

        IT IS SO ORDERED.

Dated:  April 3, 2012.

_____
UNITED STATES DISTRICT JUDGE