```
          IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF CALIFORNIA

                      ---o0o---

    BEFORE THE HONORABLE KIMBERLY J. MUELLER, JUDGE


ANI CHOPOURIAN,

       Plaintiff,

Vs.                                CASE NO. CIV. S-09-2972 KJM

CATHOLIC HEALTHCARE WEST,
et al.,

       Defendants.
_____/



                      ---o0o---


                 REPORTER'S TRANSCRIPT

          EXCERPT FROM JURY TRIAL PROCEEDINGS

              RE:  JURY DELIBERATIONS

                    DAY TWELVE

              FRIDAY, FEBRUARY 24TH, 2012


                      ---o0o---


Reported By:  CATHERINE E.F.BODENE, CSR. NO. 6926
```

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

```
 1                           APPEARANCES

 2                            ---o0o---

 3


 4    For the Plaintiff:

 5         BOHM LAW GROUP
           4600 NORTHGATE BLVD., SUITE 210
 6         SACRAMENTO, CALIFORNIA  95834

 7         BY:  LAWRANCE BOHM, ATTORNEY AT LAW

 8


 9         LAW OFFICE OF ERIKA M. GASPAR
           2121 Natomas Corssing Drive, Suite 200-399
10         Sacramento, California  95834

11         BY:  ERIKA M. GASPAR, ATTORNEY AT LAW

12
           LAW OFFICES OF GREGORY DAVENPORT
13         3031 West March Lane, Suite 334
           Stockton, CA  95219
14
           BY:  GREGORY DAVENPORT, ATTORNEY AT LAW
15

16    For the Defendants:

17         LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES
           655 UNIVERSITY AVENUE, SUITE 119
18         SACRAMENTO, CALIFORNIA  95825-6746

19         BY:  JULIE CLARK MARTIN, ATTORNEY AT LAW

20         BY:  DAVID DITORA, ATTORNEY AT LAW

21


22


23                            ---o0o---

24


25
```

```
 1                       PROCEEDINGS INDEX
 2                          ---o0o---
 3
 4     PROCEEDINGS:                                        PAGE
 5
 6        Jury Dismissed until Feb. 27, 2012                 1
 7        Jury Note                                          3
 8
 9
10
11
12
13
14
15                          ---o0o---
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    1
 1                       SACRAMENTO, CALIFORNIA
 2            THURSDAY, FEBRUARY 23RD, 2012 - 3:00 P.M.
 3                             ---o0o---
 4            THE CLERK:  Please, remain seated.  Come to order.
 5   Court is back in session.
 6            THE COURT:  All right.  Counsel are present.  Welcome
 7   back, Miss Martin.  Feeling okay?
 8            MS. MARTIN:  I am.  I'm on the mend.  I'm on
 9   antibiotics now.
10            THE COURT:  We've heard nothing from the jury.  I am
11   just going to call them in.  They did a working lunch, we
12   understand.  I'm just going to call them in, excuse them,
13   then they are going to work Monday 1:30 to 4:30.
14            MR. BOHM:  So that means 1:15-ish?
15            THE COURT:  I'll tell them to report to the jury
16   room.  If we don't hear them from, I'll bring them back in at
17   4:30 before they are excused.
18            (Jury seated at 3:00 p.m.)
19            THE COURT:  You may be seated.
20            Welcome back, Ladies and Gentlemen of the Jury.
21            I just wanted to greet you, thank you for your work
22   today and excuse you for the afternoon and the weekend.
23            Over the weekend those admonitions I was giving you
24   apply.  Of course it's all right for you to be discussing the
25   case amongst yourselves, but you should not otherwise talk
```

2

1  about the case with family members or friends, do not do any
2  research over the weekend, do not think about how the case
3  should conclude without thinking about the interactions --
4  sorry -- wait to consider how the case should conclude until
5  you are back with your fellow jurors again on Monday
6  afternoon.
7          Now, I do acknowledge the receipt of a note that I
8  just received, and so what I'm going to do today after you
9  leave, I'll discuss that with counsel, and we'll have a
10 response to that note for you at 1:30 when you are back on
11 Monday.
12         And my understanding of your schedule on Monday is
13 1:30 to 4:30.  So you may report directly to the jury room at
14 1:30.  We won't have you come in to the courtroom at that
15 time.
16         And then, again, I'll excuse you on Monday afternoon
17 as 4:30 unless I hear from you before then.  If you have
18 additional notes, feel free to let me know.
19         And our foreperson is Mr. McLean?
20         FOREPERSON MCLEAN:  Yes, ma'am.
21         THE COURT:  All right.  Thank you again for your
22 service.  Please keep in mind my admonitions over the week,
23 and we'll see you Monday afternoon.
24         Thank you very much.  You are excused for the day.
25         (Jury excused at 3:02 p.m.)

(916) 446-6360

3

1    THE COURT: All right. You may be seated. I was
2 just handed a note. I'll read it to you, then I'll have
3 Miss Waldrop make copies for you.
4    It simply says:
5    (Reading:)
6    Webster's definition of "double entendre", please.
7    (Reading concluded.)
8    My guess is you can agree on that definition. Why
9 don't you propose that to the court. It can be by email if
10 there is a stipulated definition of "double entendre."
11    I would put that in a note back to the jury so it is
12 ready for them at 1:30. But Miss Waldrop will give you
13 copies of this so you have it.
14    And again, we don't need to meet as long as we
15 resolve this issue by email until Monday afternoon at 4:30
16 unless I get a note before then.
17    All right.
18    MR. BOHM: So you want us here, if we are, just in
19 case, unable to reach an agreement as to that definition.
20    THE COURT: Then can you report at 1:15. But if you
21 cannot, then I will consider sanctions.
22    MS. MARTIN: The French dictionary might help.
23    THE COURT: I think it is which dictionary you agree
24 on.
25    If you propose a stipulated definition, unless I have

```
                                                                    4
 1    questions about it, in which case I'll call on you a
 2    telephonic conference call, if you have a stipulated
 3    definition, I will just put that into a note and deliver it
 4    to the jury.
 5            MS. MARTIN:  Great.  I think that will be no problem,
 6    Your Honor.
 7            THE COURT:  That's my prediction as well.
 8            All right.  Have a good weekend.  See you next week.
 9            THE CLERK:  Court is in recess.
10            (Off the record at 3:05 p.m.)
11                            ---o0o--
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    4
 1    questions about it, in which case I'll call on you a
 2    telephonic conference call, if you have a stipulated
 3    definition, I will just put that into a note and deliver it
 4    to the jury.
 5            MS. MARTIN:  Great.  I think that will be no problem,
 6    Your Honor.
 7            THE COURT:  That's my prediction as well.
 8            All right.  Have a good weekend.  See you next week.
 9            THE CLERK:  Court is in recess.
10            (Off the record at 3:05 p.m.)
11                            ---o0o--
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:09-cv-02972-KJM-KJN   Document 327   Filed 04/30/12   Page 8 of 8

```
1                    REPORTER'S CERTIFICATE

2                          ---o0o---

3
    STATE OF CALIFORNIA  )
4   COUNTY OF SACRAMENTO )

5

6
         I certify that the foregoing is a correct transcript
7
    from the record of proceedings in the above-entitled matter.
8

9

10            IN WITNESS WHEREOF, I subscribe this
    certificate at Sacramento, California.
11

12

13     /S/_Catherine E.F. Bodene_____
            CATHERINE E.F. BODENE, CSR NO. 6926
14          Official United States District Court Reporter

15

16

17                              -

18

19

20

21

22

23

24

25
```

(916) 446-6360