RAYMOND A. CARDOZO, STATE BAR NO. 173263
rcardozo@reedsmith.com
MARGARET A. GRIGNON, STATE BAR NO. 76621
mgrignon@reedsmith.com
PAUL D. FOGEL, STATE BAR NO. 70859
pfogel@reedsmith.com
**REED SMITH LLP**
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

JUDITH CLARK MARTIN, STATE BAR NO. 173557
MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:          (916) 563-3100
Facsimile:      (916) 565-3704
Email:           JCMartin@ljdfa.com
Email:           RWestfall@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN, | CASE NO.  2:09-CV-02972-KJM-KJN |
| Plaintiff, | **STIPULATION RE POSTTRIAL MOTIONS AND HEARING; ORDER** |
| v. | **Honorable Kimberly J. Mueller** |
| CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive, | |
| Defendants. | |

On May 29, 2012, defendant Catholic Healthcare West will be filing motions for Partial

Judgment as a Matter of Law (JMOL) and for New Trial (MNT) under Federal Rules of Civil

Procedure 50(b) and 59, respectively. The parties have conferred on a schedule and other particulars for these motions, and hereby stipulate as follows:

    1.    Defendant shall file its posttrial motions on May 29, 2012. Defendant's memorandum in support of its JMOL motion may consist of up to 25 pages, while its memorandum in support of its MNT motion may consist of up to 30 pages.

    2.    Plaintiff shall file her oppositions to these motions on or before July 26, 2012. Plaintiff's memorandum in opposition to the JMOL motion may consist of up to 25 pages, while her memorandum in opposition to the MNT motion may consist of up to 30 pages.

    3.    Defendant shall file its reply to plaintiff's oppositions on or before August 13, 2012. Defendant's memoranda in support of each motion may consist of up to 15 pages each.

    4.    The hearing on defendant's posttrial motions will be set by the Court.

Dated: May 22, 2012

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

REED SMITH LLP

By:    /s/ Raymond A. Cardozo
        RAYMOND A. CARDOZO

Attorneys for Defendant CATHOLIC HEALTHCARE WEST dba MERCY GENERAL HOSPITAL (erroneously sued and served herein as CATHOLIC HEALTHCARE WEST and MERCY GENERAL HOSPITAL)

Dated: May 22, 2012

BOHM LAW GROUP

THE LAW OFFICES OF GREGORY R. DAVENPORT

LAW OFFICE OF ERIKA M. GASPAR

By:    /s/ Lawrance A. Bohm
        LAWRENCE A. BOHM

Attorneys for Plaintiff Ani Chopourian

ORDER

The court adopts the parties' stipulation and sets the hearing on the motions for September 28, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated: May 23, 2012.

_____
UNITED STATES DISTRICT JUDGE