1   RAYMOND A. CARDOZO, STATE BAR NO. 173263
    rcardozo@reedsmith.com
2   MARGARET A. GRIGNON, STATE BAR NO. 76621
    mgrignon@reedsmith.com
3   PAUL D. FOGEL, STATE BAR NO. 70859
    pfogel@reedsmith.com
4   **REED SMITH LLP**
    101 Second Street, Ste. 1800
5   San Francisco, CA 94105
    Telephone:    (415) 543-8700
6   Facsimile:     (415) 391-8269

7   JUDITH CLARK MARTIN, STATE BAR NO. 173557
    MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
8   **LA FOLLETTE, JOHNSON,**
    **DE HAAS, FESLER & AMES**
9   655 University Avenue, Suite 119
    Sacramento, California 95825
10  Phone:      (916) 563-3100
    Facsimile:   (916) 565-3704
11  Email:       JCMartin@ljdfa.com
    Email:       RWestfall@ljdfa.com
12
    Attorneys for Defendant,
13  CATHOLIC HEALTHCARE WEST dba
    MERCY GENERAL HOSPITAL (erroneously
14  sued and served herein as CATHOLIC HEALTHCARE
    WEST and MERCY GENERAL HOSPITAL)

15

16                         UNITED STATES DISTRICT COURT

17

18                        EASTERN DISTRICT OF CALIFORNIA

19

20  ANI CHOPOURIAN,                        )   CASE NO.  2:09-CV-02972-KJM-KJN
                                           )
21             Plaintiff,                  )   **STIPULATION RE POSTTRIAL**
                                           )   **MOTIONS AND HEARING; ORDER**
22  v.                                     )
                                           )   **Honorable Kimberly J. Mueller**
23  CATHOLIC HEALTHCARE WEST,              )
    MERCY GENERAL HOSPITAL, AND            )
24  DOES 1 through 20, inclusive,          )
                                           )
25             Defendants.                 )
    _____    )
26
              On May 29, 2012, defendant Catholic Healthcare West will be filing motions for Partial
27
    Judgment as a Matter of Law (JMOL) and for New Trial (MNT) under Federal Rules of Civil
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Procedure 50(b) and 59, respectively.  The parties have conferred on a schedule and other particulars for these motions, and hereby stipulate as follows:

1.      Defendant shall file its posttrial motions on May 29, 2012.  Defendant's memorandum in support of its JMOL motion may consist of up to 25 pages, while its memorandum in support of its MNT motion may consist of up to 30 pages.

2.      Plaintiff shall file her oppositions to these motions on or before July 26, 2012. Plaintiff's memorandum in opposition to the JMOL motion may consist of up to 25 pages, while her memorandum in opposition to the MNT motion may consist of up to 30 pages.

3.      Defendant shall file its reply to plaintiff's oppositions on or before August 13, 2012. Defendant's memoranda in support of each motion may consist of up to 15 pages each.

4.      The hearing on defendant's posttrial motions will be set by the Court.


Dated:  May 22, 2012                      LA FOLLETTE, JOHNSON,
                                          DE HAAS, FESLER & AMES

                                          REED SMITH LLP

                                          By:     /s/ Raymond A. Cardozo
                                                  RAYMOND A. CARDOZO

                                          Attorneys for Defendant CATHOLIC HEALTHCARE
                                          WEST dba MERCY GENERAL HOSPITAL
                                          (erroneously sued and served herein as CATHOLIC
                                          HEALTHCARE WEST and MERCY GENERAL
                                          HOSPITAL)

Dated:  May 22, 2012                      BOHM LAW GROUP

                                          THE LAW OFFICES OF GREGORY R.
                                          DAVENPORT

                                          LAW OFFICE OF ERIKA M. GASPAR

                                          By:     /s/ Lawrance A. Bohm
                                                  LAWRENCE A. BOHM

                                          Attorneys for Plaintiff Ani Chopourian

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

ORDER

       The court adopts the parties' stipulation and sets the hearing on the motions for September 28, 2012 at 11:00 a.m.

       IT IS SO ORDERED.

Dated:  May 23, 2012.

_____
UNITED STATES DISTRICT JUDGE