RAYMOND A. CARDOZO, STATE BAR NO. 173263
rcardozo@reedsmith.com
MARGARET A. GRIGNON, STATE BAR NO. 76621
mgrignon@reedsmith.com
PAUL D. FOGEL, STATE BAR NO. 70859
pfogel@reedsmith.com
**REED SMITH LLP**
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

JUDITH CLARK MARTIN, STATE BAR NO. 173557
MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:    (916) 563-3100
Facsimile:    (916) 565-3704
Email:    JCMartin@ljdfa.com
Email:    RWestfall@ljdfa.com

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI CHOPOURIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST,<br>MERCY GENERAL HOSPITAL, AND<br>DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:09-CV-02972-KJM-KJN<br><br>**STIPULATION CONTINUING HEARING ON POSTTRIAL MOTIONS; PROPOSED ORDER**<br><br>**Honorable Kimberly J. Mueller** |

　　　　The Court originally set the hearing on defendant's motions for partial judgment as a matter of law and new trial/remittitur for September 28, 2012. On September 24, 2012, however, the Court

- 1 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

issued a minute order, continuing that hearing to October 19. Because of counsel's schedules, the press of business, and conflicts in other matters, defendant has asked plaintiff to agree on another date that is also acceptable to the Court. Counsel have thus conferred on the matter and also conferred with the Clerk to determine another appropriate hearing date, and hereby stipulate to continue the hearing on those motions to Friday, November 2, 2012, at 10 a.m. We appreciate the Court's accommodation in this regard.

Dated: September 25, 2012

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

REED SMITH LLP

By:   /s/ Raymond A. Cardozo
          RAYMOND A. CARDOZO

Attorneys for Defendant CATHOLIC HEALTHCARE WEST dba MERCY GENERAL HOSPITAL (erroneously sued and served herein as CATHOLIC HEALTHCARE WEST and MERCY GENERAL HOSPITAL)

Dated: September 25, 2012

BOHM LAW GROUP

THE LAW OFFICES OF GREGORY R. DAVENPORT

LAW OFFICE OF ERIKA M. GASPAR

By:   /s/ Lawrance A. Bohm
          LAWRANCE A. BOHM

Attorneys for Plaintiff Ani Chopourian

IT IS SO ORDERED.

Dated: September __, 2012.

_____
Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2012, I electronically filed the **STIPULATION CONTINUING HEARING ON POSTTRIAL MOTIONS; PROPOSED ORDER** with the Clerk of the Court of the United States District Court for the Eastern District of California by using the District's CM/ECF system.

All participants in this case are registered CM/ECF users and will be served by the District's CM/ECF system.

Dated:  September 25, 2012

By  /s/ Raymond A. Cardozo
Raymond A. Cardozo