1  RAYMOND A. CARDOZO, STATE BAR NO. 173263
   rcardozo@reedsmith.com
2  MARGARET A. GRIGNON, STATE BAR NO. 76621
   mgrignon@reedsmith.com
3  PAUL D. FOGEL, STATE BAR NO. 70859
   pfogel@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Ste. 1800
5  San Francisco, CA 94105
   Telephone:     (415) 543-8700
6  Facsimile:     (415) 391-8269

7  JUDITH CLARK MARTIN, STATE BAR NO. 173557
   MARY E. "MOLLY" GREENE, STATE BAR NO. 186205
8  LA FOLLETTE, JOHNSON,
   DE HAAS, FESLER & AMES
9  655 University Avenue, Suite 119
   Sacramento, California 95825
10 Phone:         (916) 563-3100
   Facsimile:     (916) 565-3704
11 Email:         JCMartin@ljdfa.com
   Email:         RWestfall@ljdfa.com
12
   Attorneys for Defendant,
13 CATHOLIC HEALTHCARE WEST dba
   MERCY GENERAL HOSPITAL (erroneously
14 sued and served herein as CATHOLIC HEALTHCARE
   WEST and MERCY GENERAL HOSPITAL)
15

16
                       UNITED STATES DISTRICT COURT
17
                       EASTERN DISTRICT OF CALIFORNIA
18

19 ANI CHOPOURIAN,                    )  CASE NO.  2:09-CV-02972-KJM-KJN
                                      )
20          Plaintiff,                )  **AMENDED DEFENDANT'S RESPONSE
                                      )  TO COURT'S OCTOBER 23, 2012
21    v.                              )  MINUTE ORDER RE EXHIBIT Q**
                                      )
22 CATHOLIC HEALTHCARE WEST,          )  **HEARING ON POSTTRIAL MOTIONS:**
   MERCY GENERAL HOSPITAL, AND        )
23 DOES 1 through 20, inclusive,      )  **Date:  October 25, 2012**
                                      )  **Time:  2:00 p.m.**
24          Defendants.               )  **Courtroom 3**
                                      )  **The Honorable Kimberly J. Mueller**
25                                    )
                                      )
26                                    )
                                      )
27                                    )

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Today, the Court issued a minute order stating in relevant part as follows:

> In connection with the pending motions [332] [333], the court notes that defendant submitted exhibits A-M [334], but refers to later exhibits, including exhibit Q, in its moving papers. Counsel should be prepared to submit any additional exhibits in support of its motion before the hearing, or identify those portions of exhibit M it meant to label differently.

All pages of Exhibit Q that defendant cited in support of its motions for partial judgment as a matter of law and new trial/damages remittitur are already before the Court, in Docket No. 334-8, which is the last portion of the "Declaration of Raymond A. Cardozo and Appendix In Support of Defendant's Motion for New Trial Or Damages Remittitur and Motion for Partial Judgment as a Matter of Law," filed on May 29, 2012. Those pages of Exhibit Q that defendant cited in its papers appear behind, and are included in, *"Tab M"* of Mr. Cardozo's Declaration. For the Court's convenience, we are attaching the first four pages of Mr. Cardozo's declaration (page 2, paragraph 5 states "Behind Tab M are copies of all exhibits cited in CHW's memoranda in suport of its posttrial motions.") as well as all pages behind "Tab M" that defendant cited in its papers. The pages of Exhibit Q that appear behind Tab M appear as "Q-[page #]" on the <u>bottom, left-hand side of the document</u>; the reference to "Tab M" appears on the bottom, right-hand side of each document.

The pages of Exhibit Q, by page number, that are attached are as follows (We provide the exhibit reference, shorthand name of the document(s) in which the exhibit was cited, and where the cited exhibit appears behind Tab M ("Location" refers to the court-stamp that appears across the top of the document, and Bates No. appears at the lower right hand corner of the document):

| Exhibit | Cited In | Location behind Tab M |
|---|---|---|
| Q-000103 | NT MPA, Dkt. 332 at 27:9 and | |
| | JMOL MPA, Dkt. 333, at 5:14 | Document 334-8, Page 3 of 12, Bates 005143 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| Exhibit | Cited In | Location behind Tab M |
|---|---|---|
| Q-000117 | JMOL MPA, Dkt. 333 at 5:2 and | |
| | JMOL Reply, Dkt. 346 at 3:11 | Document 334-8, Page 4 of 12, Bates 005157 |
| Q-000125 | JMOL MPA, Dkt. 333 at 5:9 and | |
| | JMOL Reply, Dkt. 346 at 3:13 | Document 334-8, Page 5 of 12, Bates 005165 |
| Q-000230 | JMOL MPA, Dkt. 333 at 10:17-18 | |
| | and JMOL Reply, Dkt. 346 at 4:28 | Document 334-8, Page 6 of 12 , Bates 005270 |
| Q-000234-35 | JMOL MPA, Dkt. 333 at 5:20, 5:24, 8:27 | |
| | and JMOL Reply, Dkt. 346 at 3:17 | Doc. 334-8, Page 7 & 8 of 12, Bates 005274-75 |
| Q-000234-38 | NT MPA, Dkt. 332 at 24:24 | |
| | and 27:12 | Doc. 334-8, Pages 7-11 of 12, Bates 005274-78 |
| Q-000237 | JMOL MPA, Dkt. 333 at 6:3 | Doc. 334-8, Page 10 of 12, Bates 005277 |

Defendant hopes that this submission responds to this aspect of the Court's minute order.

Dated:  October 23, 2012.           Respectfully submitted,

                                     LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

                                     REED SMITH LLP

                                     By:  _____/s/ Raymond A. Cardozo_____
                                            RAYMOND A. CARDOZO

**CERTIFICATE OF SERVICE**
*Ani Chopourian v. Catholic Healthcare West, et al.*
Case No. 2:09-CV-02972-KJM-KJN

I hereby certify that on October 24 , 2012, I electronically filed the **AMENDED DEFENDANT'S RESPONSE TO COURTS OCTOBER 23, 2012 MINUTE ORDER RE EX. Q** with the Clerk of the Court of the United States District Court for the Eastern District of California by using the District's CM/ECF system.

All participants in this case are registered CM/ECF users and will be served by the District's CM/ECF system.

Dated: October 24, 2012.

By: ___/s/ Raymond A. Cardozo___
RAYMOND A. CARDOZO