# EXHIBIT 1

# EXHIBIT 1

## Fogel, Paul D.

| | |
|---|---|
| **From:** | Erika Gaspar <erika.gaspar.law@gmail.com> |
| **Sent:** | Friday, November 02, 2012 7:30 AM |
| **To:** | Cardozo, Raymond; Grignon, Margaret A.; Fogel, Paul D. |
| **Cc:** | Gregory R. Davenport; Lawrance Bohm |
| **Subject:** | Chopourian v CHW |

Plaintiff's proposed language re Defendant's citations for Defendant's lodging:
No objection to the submission of these citations.

Plaintiff's proposed language re Plaintiff's submission:

Plaintiff disagrees with Defendant's objection in that Plaintiff's lodging directly addresses inconsistencies in defendant's records concerning the reason for plaintiff's termination requested by the Court. As the record of the exhibits and trial testimony lodged with the Court speak for themselves, Plaintiff does not believe that further discussion of these contradictions and inconsistencies is required; nor was further discussion requested by the Court.

We have no further language to include in the joint statement based on what you have discussed.

*Erika Gaspar*

*The Law Office of Erika M. Gaspar*
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
Telephone (916) 749-0278
Facsimile (916) 647-0535

*Specializing in Employment Law & Civil Litigation*

erika.gaspar.law@gmail.com

The information contained in this e-mail transmission (including attachments) is protected by attorney-client privilege and/or the attorney work product privilege and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. This e-mail transmission (including attachments) is intended for the named recipients only and the aforementioned privileges are not waived by virtue of this communication having been sent by e-mail transmission. Unauthorized duplication, disclosure or dissemination of any information contained in this e-mail transmission (including attachments) is prohibited. If you have received this e-mail in error, please immediately notify the Law Office of Erika M. Gaspar by replying to this e-mail or calling (916) 749-0278. Please do not disclose the contents of this e-mail transmission (including attachments) to anyone.

Please consider the environment before printing this email.