1  RAYMOND A. CARDOZO (SBN: 173263)
   MARGARET A. GRIGNON (SBN: 76621)
2  PAUL D. FOGE (SBN: 70859)
   **REED SMITH LLP**
3  101 Second Street, Ste. 1800
   San Francisco, CA 94105
4  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
5
   JUDITH CLARK MARTIN (SBN: 173557)
6  MARY E. "MOLLY" GREENE (SBN: 186205)
   **LA FOLLETTE, JOHNSON,**
7  **DE HAAS, FESLER & AMES**
   655 University Avenue, Suite 119
8  Sacramento, California 95825
   Phone:       (916) 563-3100
9  Facsimile:   (916) 565-3704

10 Attorneys for Defendant,
   CATHOLIC HEALTHCARE WEST dba
11 MERCY GENERAL HOSPITAL (erroneously
   sued and served herein as CATHOLIC HEALTHCARE
12 WEST and MERCY GENERAL HOSPITAL)

13 Lawrance A. Bohm (SBN: 208716)         Erika M. Gaspar (SBN: 238117)
   **BOHM LAW GROUP**                    **LAW OFFICE OF ERIKA M. GASPAR**
14 4600 Northgate Blvd., Suite 210       2121 Natomas Crossing Drive, Suite 200-399
   Sacramento, CA 95834                  Sacramento, CA 95834
15 Phone (916) 927-5574                  (916) 749-0278; (916) 647-0535
   Fax (916) 927-2046
16                                       Gregory R. Davenport (SBN: 154403)
                                         **LAW OFFICES OF GREGORY R.**
17                                       **DAVENPORT**
                                         3031 West March Lane, Suite 334 East
18                                       Stockton, California 95219
                                          (209) 955-1999; (209) 475-4951
19 Attorneys for Plaintiff ANI CHOPOURIAN

20                    **UNITED STATES DISTRICT COURT**

21
22                    **EASTERN DISTRICT OF CALIFORNIA**

23 ANI CHOPOURIAN,
                                         Case No. 2:09-CV-02972-KJM-KJN
24         Plaintiff,
        v.
25 CATHOLIC HEALTHCARE WEST,              **NOTICE OF TENTATIVE**
   MERCY GENERAL HOSPITAL, AND            **SETTLEMENT**
26 DOES 1 through 20, inclusive,

27         Defendants.

28

TO:     THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

The parties have reached a tentative settlement and are in the process of working out the details.  The parties jointly request that the Court defer a ruling on defendant's pending post-trial motions for 44 days, or until December 21, 2012.  The parties will inform the Court on or before that date whether the settlement has been finalized and/or whether further action by the Court is necessary.

Dated: November 9, 2012      By:    /s/ Raymond A. Cardozo
                                    RAYMOND A. CARDOZO, ESQ.
                                    REED SMITH LLP

                                    Attorney for Defendant
                                    CATHOLIC HEALTHCARE WEST

Dated: November 9, 2012      By:    /s/ Lawrance A. Bohm
                                    LAWRANCE A. BOHM, ESQ.
                                    ERIKA M. GASPAR, ESQ.
                                    GREGORY R. DAVENPORT, ESQ.

                                    Attorneys for Plaintiff
                                    ANI CHOPOURIAN

- 2 -

Notice of Tentative Settlement
CHOPOURIAN V.  CATHOLIC HEALTHCARE WEST, et al.

## CERTIFICATE OF SERVICE

*Ani Chopourian v. Catholic Healthcare West, et al.*
Case No. 2:09-CV-02972-KJM-KJN

I hereby certify that on November 9, 2012, I electronically filed this document with the Clerk of the Court of the United States District Court for the Eastern District of California by using the District's CM/ECF system.

All participants in this case are registered CM/ECF users and will be served by the District's CM/ECF system.

Dated: November 9, 2012

By /s/ Raymond A. Cardozo
Raymond a. Cardozo

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Notice of Tentative Settlement
CHOPOURIAN V. CATHOLIC HEALTHCARE WEST, et al.