RAYMOND A. CARDOZO (SBN: 173263)
MARGARET A. GRIGNON (SBN: 76621)
PAUL D. FOGE (SBN: 70859)
**REED SMITH LLP**
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

JUDITH CLARK MARTIN (SBN: 173557)
MARY E. "MOLLY" GREENE (SBN: 186205)
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:         (916) 563-3100
Facsimile:     (916) 565-3704

Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST dba
MERCY GENERAL HOSPITAL (erroneously
sued and served herein as CATHOLIC HEALTHCARE
WEST and MERCY GENERAL HOSPITAL)

Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
(916) 749-0278; (916) 647-0535

Gregory R. Davenport (SBN: 154403)
**LAW OFFICES OF GREGORY R. DAVENPORT**
3031 West March Lane, Suite 334 East
Stockton, California 95219
 (209) 955-1999; (209) 475-4951

Attorneys for Plaintiff ANI CHOPOURIAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANI CHOPOURIAN, <br><br>         Plaintiff, <br>     v. <br>CATHOLIC HEALTHCARE WEST, MERCY GENERAL HOSPITAL, AND DOES 1 through 20, inclusive, <br>         Defendants. | Case No. 2:09-CV-02972-KJM-KJN <br><br> **NOTICE OF TENTATIVE SETTLEMENT** |

TO:     THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

The parties have reached a tentative settlement and are in the process of working out the details. The parties jointly request that the Court defer a ruling on defendant's pending post-trial motions for 44 days, or until December 21, 2012. The parties will inform the Court on or before that date whether the settlement has been finalized and/or whether further action by the Court is necessary.

Dated: November 9, 2012         By:     /s/ Raymond A. Cardozo
                                        RAYMOND A. CARDOZO, ESQ.
                                        REED SMITH LLP

                                        Attorney for Defendant
                                        CATHOLIC HEALTHCARE WEST

Dated: November 9, 2012         By:     /s/ Lawrance A. Bohm
                                        LAWRANCE A. BOHM, ESQ.
                                        ERIKA M. GASPAR, ESQ.
                                        GREGORY R. DAVENPORT, ESQ.

                                        Attorneys for Plaintiff
                                        ANI CHOPOURIAN

Notice of Tentative Settlement
CHOPOURIAN V. CATHOLIC HEALTHCARE WEST, et al.

# CERTIFICATE OF SERVICE

*Ani Chopourian v. Catholic Healthcare West, et al.*
Case No. 2:09-CV-02972-KJM-KJN

I hereby certify that on November 9, 2012, I electronically filed this document with the Clerk of the Court of the United States District Court for the Eastern District of California by using the District's CM/ECF system.

All participants in this case are registered CM/ECF users and will be served by the District's CM/ECF system.

Dated: November 9, 2012

By  /s/ Raymond A. Cardozo
        Raymond a. Cardozo

- 3 -
Notice of Tentative Settlement
CHOPOURIAN V. CATHOLIC HEALTHCARE WEST, et al.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware